IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff
vs
WILLIAM BERRIOS-CRUZ
Defendant

CRIMINAL 12-0162CCC

**ORDER**

Having considered the Report and Recommendation filed on May 28, 2013 (**docket entry 66**) on a Rule 11 proceeding of defendant William Berríos-Cruz held before U.S. Magistrate Judge Marcos E. López on May 1, 2013, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment. However, the Court will defer its decision on whether to accept the parties' Fed. R. Crim. P. 11(c)(1)(C) plea agreement until it reviews the Presentence Report, pursuant to Fed. R. Crim. P. 11(c)(3)(A).

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since May 1, 2013. The **sentencing hearing is set for August 6, 2013 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on June 12, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge